## STATE OF MARYLAND v. JAMES ARTHUR CALHOUN

[No. 106, September Term, 1980.]

*Decided March 13, 1981.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Michael A. Anselmi, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellant.

*George E. Burns, Jr., Assistant Public Defender,* with whom were *Alan H. Murrell, Public Defender,* and *Louis P. Willemin, Assistant Public Defender,* on the brief, for appellee.

PER CURIAM:

We granted certiorari in this case to consider whether the Court of Special Appeals erred in holding that Maryland Code (1957, 1976 Repl. Vol.) Art. 27, § 643B (c) permits the imposition of only one mandatory sentence. For the reasons

stated in *Calhoun v. State,* 46 Md. App. 478, 418 A. 2d 1241 (1980) the judgment of the Court of Special Appeals is affirmed.

> *Judgment of the Court of Special Appeals affirmed; costs to be paid by Prince George's County. Mandate to issue forthwith.*